Stephen J. Cutty
234 Flower St
Bakersfield, CA 93305
(661)480-4837
sjcutty@gmail.com

Plaintiff Pro se

FILED
SEP 05 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN J. CUTTY,

    Plaintiff,

vs.

DAVID A MECHAM, INDIVIDUALLY AND DOING BUSINESS AS, TITAN REVENUE SOLUTIONS

    Defendant

Case No.: 1:23CV01311 JLT EPG

**COMPLAINT**

**TRIAL BY JURY DEMANDED**

## JURISDICTION

1. Jurisdiction is proper in this Court by virtue of the Federal statutes, decisional law, and regulations and local rules under the United States District Court for the Eastern District of California including, but not limited to, rules governing the proper court in which to file an action.

## VENUE

2. Venue in this Court is proper in that the causes of action herein alleged took place at Defendant's place of business located in the County of Sacramento, State of California.

## PARTIES

COMPLAINT TRIAL BY JURY DEMANDED - 1

3. Plaintiff Stephen J. Cutty is a private individual residing in the County of Kern, State of California.

4. Defendant David A. Mecham is an individual doing business as Titan Revenue Solutions in the County of Sacramento, State of California.

## SUMMARY OF ISSUE

5. Defendant accessed the Consumer Report of Plaintiff without a permissible purpose violating 15 U.S.C. 1681 b (a) (3) (A) and Plaintiff suffered harm.

## STATEMENT OF FACTS

6. On or about January 12th, 2023 Defendant Mecham, doing business as Titan Revenue Solutions, entered information into the Consumer Report of Plaintiff alleging a debt of $138 owed to original creditor Fast Action Pest Control. (See Exhibit #1)

7. On or about April 22nd, 2023 Plaintiff became aware of the derogatory information entered into the Consumer Report of the Plaintiff by the Defendant and sent a certified letter denying and disputing the information. (See Exhibit #2)

8. On or about May 1st, 2023 Defendant responded to the letter of April 22nd, 2023 with copies of a Service Agreement between Plaintiff and Fast Action Pest Control and an account statement dated January 12th, 2023 with an amount due $138.00 for a service date of June 12th, 2019 ($69.00) and August 12th, 2019 ($69.00). (See Exhibit #3, #4, & #5)

COMPLAINT TRIAL BY JURY DEMANDED - 2

9. On or about April 22nd, 2023 Plaintiff disputed the derogatory information with Credit Reporting Agencies TransUnion and Experian. Experian removed the derogatory information from the Consumer Report of the Plaintiff. TransUnion did not remove the derogatory information from Plaintiff's Consumer File.

10. On or May 11th, 2023 TransUnion responded to the April 22nd, 2023 letter addressed to them stating "Our investigation of the dispute you submitted is now complete" and the investigation results indicated "Verified as accurate and updated." (See Exhibit #6 & #6A)

11. On or about July 23rd, 2023 Plaintiff sent another letter to TransUnion concerning the derogatory information entered by Defendant in the Consumer Report of Plaintiff again demanding the information be deleted from the Consumer Report of Plaintiff.

12. On or about August 14th, 2023 at approximately 8:52 am, an Individual who identified himself as Doug Bruce, called from the telephone number of (916) 226-5075 and stating he was with Titan Revenue Solutions. He asked why I was going through all this when I should just pay the $138, the information is not coming off the Consumer Report and they are not going to be "extorted" into taking the derogatory information off the report. I do not know if the phone call was recorded or not by Titan Revenue Solutions and I did not give consent to record the conversation if it was.

COMPLAINT TRIAL BY JURY DEMANDED - 3

13. On or about August 22nd, 2023 TransUnion responded to the July 23rd, 2023 letter stating "Our investigation of the dispute you submitted is now complete" and the investigation results "Verified as Accurate and Updated." The derogatory information was not removed from the Plaintiff's Consumer Report. (See Exhibit #7 & #7A)

14. Plaintiff denies and disputes the debt.

15. Plaintiff did not authorize David A. Mecham nor Titan Revenue Solutions access to Plaintiff's Consumer Report.

16. Fast Action Pest Control is not a "creditor" as defined by 15 U.S.C.1691a.

17. Plaintiff did not request "credit" from Fast Action Pest Control.

18. Plaintiff did not conduct any "credit transaction" with Fast Action Pest Control.

19. Plaintiff did not enter into any "credit agreement" with Fast Action Pest Control.

20. Plaintiff did not authorize Fast Action Pest Control access to Plaintiff's Consumer Report.

21. Plaintiff is not aware of any Court orders allowing David A. Mecham, Titan Revenue Solutions or Fast Action Pest Control access to Plaintiff's Consumer Report.

22. Plaintiff is not aware of any judgment of debt by any Court of competence jurisdiction against Plaintiff.

23. Defendant knew or should have known about the "Important Notice" published by TransUnion regarding "Credit Reports for collection of

COMPLAINT TRIAL BY JURY DEMANDED - 4

<u>delinquent child support, judgments, fines and liens may no longer be permitted</u>" specifically stating "**you may obtain TransUnion reports for collections purposes only when collecting on an obligation arising from a credit transaction, or where you have written authorization of the consumer or a court order to obtain a consumer report.**" (Emphasis added) (See Exhibit #8)

24. Defendant was negligent and willfully ignored the "Important Notice" published by TransUnion concerning permissible purposes for debt collections.

25. Defendant did not have a permissible purpose under 15 U.S.C. 1681b (a) (3) (A) to access Plaintiff's Consumer Report.

26. Plaintiff was harmed by the Defendant's actions because of the derogatory information placed in the Consumer Report which suppressed Plaintiff's Credit Score.

27. Plaintiff was denied Credit on June 27th, 2023 because of the "FICO score." The Credit Reporting Agencies used in the evaluation for the application of credit was TransUnion which is the same agency Defendant used to report derogatory information.

### PRAYER FOR RELIEF

28. WHEREFORE, Plaintiff prays for judgment against Defendant as follows:
    a. An order declaring that Defendant's actions are in violation of the FCRA;

COMPLAINT TRIAL BY JURY DEMANDED - 5

    b. An order removing the derogatory information from Plaintiff's Consumer Report;

    c. Statutory damages in the amount of not less than $100 and not more than $1000 per violation;

    d. Actual damages in an amount to be determined by the jury, pursuant to 15 U.S.C. 1681n (a) (1) (A) and 1681o(a) (1);

    e. Punitive damages to be determined by the jury, pursuant to 15 U.S.C. 1681n(a)(2);

    f. Attorneys' fees (if so retained by Plaintiff) and cost, pursuant to 15 U.S.C. 1681 n(a)(3) and 1681o(b);

    g. Such other relief as may be just and proper.

## **JURY TRIAL DEMAND**

29. Plaintiff demands a jury trial on all claims.

Dated this 5th of September, 2023.   Respectfully submitted,

_____
Stephen J. Cutty
234 Flower St
Bakersfield, CA 93305
(661) 480-4837

Plaintiff Pro se

COMPLAINT TRIAL BY JURY DEMANDED - 6

**TITANREV (Original Creditor: 05 FAST ACTION PEST CONTROL)**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | U102173D10**** | U102173D10**** | |
| Account Type: | Collection | Collection | |
| Account Type - Detail: | Collection | Collection | |
| Bureau Code: | Individual | Individual | |
| Account Status: | Derogatory | Derogatory | |
| Monthly Payment: | - | - | |
| Date Opened: | 01/12/2023 | 01/01/2023 | |
| Balance: | $138.00 | $138.00 | |
| No. of Months (terms): | - | - | |
| High Credit: | $138.00 | $138.00 | |
| Credit Limit: | - | - | |
| Past Due: | - | - | |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | |
| Last Reported: | 04/10/2023 | 04/10/2023 | |
| Comments: | Account information disputed by consumer, meets FCRA requirements | Customer disputed account - reported by subscriber. | |
| Date Last Active: | 04/10/2023 | 01/01/2023 | |
| Date of Last Payment: | | | |

**Two-Year payment history**  *Legend*

| Month | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 23 | 23 | 23 | 23 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

Exhibit #1

**Stephen J. Cutty**  **(661) 480-4837**
234 Flower St · Bakersfield, CA 93305                                                                                                Email: sjcutty@gmail.com

April 22nd, 2023

Titan Revenue Solutions
720 Howe Ave Suite 113
Sacramento, CA 95825

    Re:    Credit File Dispute-TitanRev (Original Creditor: 05 Fast Action Pest Control)
            Account # U102173D10

Greetings:

I received notification that you have placed derogatory information in my credit report with TransUnion and Experian Credit Reporting agencies on or about April 10th, 2023. I deny and dispute this debt.

Please provide a copy of the original contract with my signature on it, proof of ownership of this debt from the original creditor, copies of the billing statements from origination of this alleged debt, and complete summary of the payment history from origination of the alleged debt.

Sincerely,

Stephen Cutty

Exhibit #2




# Titan Revenue Solutions

942 Enterprise Dr Ste C
Sacramento, CA 95825
ADDRESS SERVICE REQUESTED

Account Number: 102173/
Client: Fast Action Pest Control
Principal: $138.00
Interest: $0.00

Total Due: **$138.00**

Stephen Cutty
234 Fowler St
BAKERSFIELD, CA 93305

Contact us at (888) 390-0147

05/01/2023
The enclosed documents are provided as validation of the above listed debt. Please contact our office to resolve this matter, we can be reached at (888) 390-0147.

YOU ARE HEREBY NOTIFIED THAT A NEGATIVE CREDIT REPORT REFLECTING ON YOUR CREDIT RECORD MAY BE SUBMITTED TO A CREDIT REPORTING AGENCY, IF YOU FAIL TO FULFILL THE TERMS OF YOUR CREDIT OBLIGATION.

THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 A.M. OR AFTER 9 P.M. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OTHER OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT THE DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR INDORSE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FAIR TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS OF RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT, AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.

———————————————— Detach and Return with Payment ————————————————

Stephen Cutty
234 Fowler St
BAKERSFIELD, CA 93305

Pay online at http://titanrevenuesolutions.com/

| Credit Card | | (Please circle one) | |
|---|---|---|---|
| VISA | DISCOVER | MASTERCARD | AMERICAN EXPRESS |
| Account Number | | Exp Date | |
| Amount Due:  $138.00 | Payment Amount: | | CVV |
| Signature | | | |

Exhibit #3

Titan Revenue Solutions 942 Enterprise Dr Ste C, Sacramento, CA 95825

DPFI License No 10046-99

# SERVICE AGREEMENT

**Fast Action Pest Control**
10471 Grant Line Rd Suite150
Elk Grove, CA 95624
888-293-4804 | www.Fastactionpestcontrol.com
License #: 4760

## Service Address
Stephen Cutty
2508 Eastern Avenue
Sacramento, CA 95821

## Customer Information
sjcutty@gmail.com
(530)917-8141 |
**Notes:** pre notify, roof rats, spiders, some ants

## Included Insects
- Roaches
- Silverfish
- Ants
- Crickets
- Millipedes
- Sow Bugs
- Box Elders
- Earwigs
- Spiders
- Centipedes
- Rodents
- Fleas
- Wasps

## Terms of Agreement & Renewal
**This agreement is for the period of one year.**
Service fees apply even when access to part of the property is blocked or inaccessible due to locked gates, guard dogs, construction, etc. After the initial year, your service will continue on a service to service basis unless cancelled in writing. If you discontinue your service within the **first year** a **$100.00 charge** will be assessed to cover start-up costs and discounts. 30 day advanced notice of cancellation is required. A $20 fee will be assessed for all returned checks.

While it is our understanding that the purpose of this service is to prevent damage by pests, we are not responsible for any damage to property caused by pests.

## Year Round Pest Barriers

The first treatment around your home is what is called an 'initial flush out'. This special treatment attempts to gain control over existing pest populations. **Your first regular treatment should follow within 30 days of the initial treatment to help break up egg cycles.** Insects are immune to treatments while in their egg shells and our products must be active to catch pests as they hatch.

Initially you may see a slight increase in pest activity as pest populations are disrupted. Within a few weeks you should see this activity drastically decline as our products take effect. Over time, these pest levels will continually decrease as regular services are performed. Regular treatments are critical in maintaining protective barriers and preventing infestations from reoccurring. If you see more than the occasional pest around your home, please call (888)293-4804 at any time for a complimentary retreat!

## Subscription

| Jul 17 | Aug 17 | Sep 17 | Oct 17 | Nov 17 | Dec 17 |
|--------|--------|--------|--------|--------|--------|
| 69.00  | $69.00 |        | $69.00 |        | $69.00 |
| **Jan 18** | **Feb 18** | **Mar 18** | **Apr 18** | **May 18** | **Jun 18** |
|        | $69.00 |        | $69.00 |        | $69.00 |

## Initial Service / Warranties

| | |
|---|---:|
| Initial Quote: | $172 |
| Initial Discount: | ($103) |
| Sub Total: | $69.00 |
| Tax (0%): | $0.00 |
| Initial Total: | $69 |

## Recurring Services

| | |
|---|---:|
| Service Charge: | $69.00 |
| Tax (0%): | $0.00 |
| Recurring Total: | $69 |

You the customer may cancel this transaction anytime prior to midnight of the third business day after the date of this transaction by giving written notice of cancellation to the company. If on any occasion the contract is cancelled before completion and the initial service has been performed the customer agrees to pay the initial charge listed above. The company has the same rights.

## Billing Info
Stephen Cutty
2508 Eastern Avenue
Sacramento, CA 95821

## Payment Information
Stephen Cutty            Collect Payment

*I authorize Fast Action Pest Control to automatically bill my debit/credit card upon completion of each service.*

**This agreement is for an initial period of 12 Months.**

I have read and agree to the terms and conditions of this agreement including any additional terms and disclosure listed above. I confirm that my email address is entered correctly and agree to receive my agreement, additional disclosure, and future account notifications electronically.

**Customer Initials:** sjc

_[signature]_

Signed on: Thursday, 07/20/2017

Exhibit #4



**Fast Action Pest Control**
PO Box 2682
Elk Grove, CA 95759
(888) 293-4804

## Account Statement

STATEMENT DATE
**1/12/2023**

ACCOUNT NUMBER
**12648**

LICENSE NUMBER
**4760**

Stephen Cutty
2508 Eastern Avenue
Sacramento, CA 95821

AMOUNT DUE
**$138.00**

## Invoices

2508 Eastern Avenue, Sacramento, CA 95821                Stephen Cutty (Acct #12648)

| INVOICE # | PRICE | TAX | DISCOUNT | BILLED | PAID | BALANCE |
|---|---|---|---|---|---|---|
| 279144 | $69.00 | $0.00 (0%) | $0.00 | $69.00 | $0.00 | $69.00 |
| BiMonthly • Invoice Due Date: 6/12/2019 • Invoice Date: 6/12/2019 | | | | | | |
| 309249 | $69.00 | $0.00 (0%) | $0.00 | $69.00 | $0.00 | $69.00 |
| BiMonthly • Invoice Due Date: 8/12/2019 • Invoice Date: 8/12/2019 | | | | | | |

**Additional Notes**

Effective May 1st, 2023
Due to continued rising costs of fuel, equipment, supplies and labor, there will be an inflation increase of up to 10% for those outside their original price warranty.
Thanks for your understanding and business.

| | |
|---|---|
| Subtotal | $138.00 |
| Taxes | $0.00 |
| Discounts | $0.00 |
| Billed Total | $138.00 |
| Amount Paid | $0.00 |
| Amount Due | $138.00 |

Exhibit #5

*** 4303137/04-022 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

05/11/2023


Information for Good.

PHY76800200852-I010213-105872496

STEPHEN J. CUTTY
234 FLOWER ST
BAKERSFIELD, CA 93305-3512

Dear STEPHEN J. CUTTY,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

Exhibit #6

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

File Number:
Date Issued: 05/11/2023

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**TITAN REVENUE SOLUTIONS** #U102173D10**** ( 942 ENTERPRISE DRIVE, STE C, SACRAMENTO, CA 95825, (888) 390-0147 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated.** Here is how this account appears on your credit report following our investigation.

| | | |
|---|---|---|
| Placed for collection: 01/12/2023 | Balance: $138 | Pay Status: >In Collection< |
| Responsibility: Individual Account | Date Updated: 05/10/2023 | |
| Account Type: Open Account | Original Amount: $138 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: FAST ACTION PEST CONTROL (Personal Services) | |
| | Past Due: >$138< | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 07/2026

Exhibit #6A

*** 4303137040018

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

08/22/2023

Information for Good.

PIHUMW00200891-I008673-110260763

STEPHEN J. CUTTY
234 FLOWER ST
BAKERSFIELD, CA 93305-3512

Dear STEPHEN J. CUTTY,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

Exhibit #7

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**TITAN REVENUE SOLUTIONS** #U102173D10**** ( 942 ENTERPRISE DRIVE, STE C, SACRAMENTO, CA 95825, (888) 390-0147 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated.** Here is how this account appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Placed for collection: 01/12/2023 | Balance: $138 | Pay Status: >In Collection< |
| Responsibility: Individual Account | Date Updated: 08/16/2023 | |
| Account Type: Open Account | Original Amount: $138 | |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: FAST ACTION PEST CONTROL (Personal Services) | |
| | Past Due: >$138< | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 07/2026

Exhibit #7A



# ***Important Notice***

## Credit Reports for collection of delinquent child support, judgments, fines and liens may no longer be permitted

Federal courts recently have issued rulings about the use of consumer reports for the collection of an account under the Fair Credit Reporting Act (FCRA).[1]

These cases note that certain definitions were added to the FCRA as part of the 2003 amendments (FACT Act). In particular, the word "credit" was defined. As a result of the new definition the position that is being advocated is that a "collection of an account" is a permissible purpose to obtain a consumer report **only when the collection is in connection with a credit transaction.**

The courts have specifically rejected prior case law and FTC guidance that a judgment creditor had permissible purpose, noting that those decisions pre-dated the FACT Act. These cases have held that a delinquent child support obligation, municipal fines arising from parking tickets, and a statutory debt resulting from the towing and impound of an illegally parked vehicle did not arise from a "credit transaction." As a result, the courts found that collection of those accounts was not a valid permissible purpose to obtain a consumer report.

**If you use TransUnion consumer report services in connection with the collection of an account, we advise you to promptly review the new case law with your regular attorney or compliance advisor.**



TransUnion will be contacting each customer that is a third-party collector to discuss this issue. We expect to confirm with you that you are in compliance with this new interpretation. Until then, unless you advise otherwise, we are relying upon you to comply with your contract with TransUnion and this new interpretation of the law. **This means that you may obtain TransUnion reports for collection purposes only when collecting on an obligation arising from a credit transaction, or where you have the written authorization of the consumer or a court order to obtain a consumer report.**

As an example, for collectors of delinquent child support debt, judgments, fines, or liens, you must have in hand:
- A court order authorizing a consumer reporting agency to provide a consumer report,
- A written authorization from the debtor to obtain a consumer report, or
- Some type of contractual agreement with the consumer that rises to the level of a credit transaction under law.

---

[1] Kevin D. Miller v. Trans Union LLC, Experian Information systems, Inc. and Supportkids, Inc., Case 1:06-cv-02883, 2/28/2007 (N.D. Illinois); Kenneth McCready vs. Linebarger Goggan Blair & Sampson, LLP, et al., Case: 06 C 4884, 8/15/2007 (N.D. Illinois), Maria E. Pintos v. Pacific Creditors Association, Experian Information Solutions, Inc., No. 04-17485, D.C. No. CV-03-05471-CW, 9/21/2007 (9th Circuit Court of Appeals).

Exhibit #B

transunion.com